xp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

HIMELDA MENDEZ,

                        Plaintiff,

    -against-

GARTH GREENAN GALLERY, INC,

                        Defendants.

------------------------------------------------------X

Case No. 1:19-cv-08465-VEC

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Himelda Mendez and Defendant Garth Greenan Gallery, Inc, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: January 29, 2020

By: _____
Bradly G. Marks
The Marks Law Firm, PC
175 Varick Street, 3rd Fl
New York, NY 10014
T:(646) 770-3775
brad@markslawpc.com

By: _____
Lawrence Chaifetz
Chaifetz & Chaifetz
415 Madison Avenue, 5th Floor
New York, NY 10017
T:(212)594-9410
lchaifetz@chaifetzlaw.com